# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX SALES GROUP, INC., a California corporation,<br><br>              Plaintiff,<br><br>v.<br><br>MARY BOUCHER, an Individual, and DOES 1-10, inclusive,<br><br>              Defendants. | **CASE NO. CV13-5300**<br><br>**JUDGMENT** |

1  IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in
2 this matter in favor of Plaintiff REFLEX SALES GROUP, INC.  Plaintiff shall
3 recover from Defendant MARY BOUCHER the following amounts:

4     Damages                              $75,000.00

5     Prejudgment interest         $6,000.00

6     Attorney fees                 $4,600.00

7                 **TOTAL:**   $85,600.00

8  Plaintiff is the prevailing party and shall also recover from Defendant MARY
9 BOUCHER the costs of suit incurred herein.

10

11  **IT IS SO ORDERED.**

12 Dated:  May 6, 2014             _____
                                    HONORABLE BEVERLY REID O'CONNELL
13                                     UNITED STATES DISTRICT COURT JUDGE

**JUDGMENT**